*N. O. Ross* and *R. P. Effinger,* for the appellees.

---

SIDENER *v.* FETTER.

Suit by a physician, against his patient, for professional services, consisting of visits, for which the physician demanded to be paid at the rate of one dollar and fifty cents per visit.

On the trial, the defendant offered to prove, that before, and at the commencement of the account sued on, the plaintiff had been his family physican, and had charged him for previous and similar services and treatment, including medicines, at rates not lower

than fifty cents, or over one dollar and twenty-five cents per visit, and that no contract was made as to the price to be charged for the services now sued for.

*Held*, that such proof was competent, as tending to establish an implied contract as to the prices to be charged for the services sued for.

APPEAL from the *Bartholomew* Circuit Court.

HANNA, J.—Suit on account for visits, etc., of a physician. The services, and reasonableness of the amount charged, were proved. The amount charged was at the rate of one dollar and fifty cents per visit.

On the trial, the defendant offered to prove, " that previously, and up to the commencement of the account in question, said physician had been the family physician of said *Sidener;* and that he had settled with said *Sidener*, before the commencement of the account in suit, for the previous services rendered by him, and similar services and treatment, including medicines, at and for charges from fifty cents to not exceeding one dollar and twenty-five cents per visit; and that no new contract or agreement was made, as to charges for services, in this account."

The evidence was not heard. The only question is, Was the ruling correct?

We are of opinion, the evidence ought to have been received, as tending to establish circumstances showing an implied contract or understanding in relation to the amount which should be charged for services of the character named.

*Per Curiam.*—The judgment is reversed, with costs. Cause remanded.

*S. Stansifer*, for the appellant.

*R. Hill*, for the appellee.